UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CASE NO: 5:22CV-155-BJB

EDDIE RAY                                                                                    PLAINTIFF

v.

JEVON VINSON
    Serve: 141 1st St.
        Arlington, KY 42021
And

US POSTAL SERVICE
    Serve: 416 Walnut St.
        Fulton, KY 42041

                                                                                           DEFENDANTS

---

## COMPLAINT AND JURY DEMAND

---

The Plaintiffs, by counsel, state as follows for their Complaint:

### JURISDICTION AND VENUE

1. This action arises under the Federal Tort Claims Act, 28 U.S.C. §§ 2671, *et seq.*

2. Plaintiffs timely filed a Tort Claims Act administrative claim to the United States Postal Service dated December 17, 2022. The United States Postal Service has neither approved nor denied the claims within 180 days. All conditions precedent to a Federal Tort Claims Act have been met.

3. This Court has jurisdiction under, and by virtue of, 28 U.S.C. §§ 1331, 1346(b).

4. Venue is founded in this judicial district based on 28 U.S.C. §§ 1391(e)(2) and 1402(b), as the acts complained of occurred in this district.

## **PARTIES**

5. Plaintiff is a citizen of the United States and resident of Mayfeild, Commonwealth of Kentucky.

6. The Defendant, Jevon Vinson, is a citizen of the United States and resident of Arlington, Commonwealth of Kentucky.

7. The Defendant, the US Postal Service, has waived sovereign immunity pursuant to the Federal Tort Claims Act.

## FACTS

8. On January 14th, 2021, Plaintiff Eddie Ray was driving a 2002 Ford Taurus on North Highland Dr. in Fulton, Kentucky.

9. At approximately 3:17 pm, Mr. Ray's vehicle was struck by a white, 1993 US Postal Service vehicle driven by post office employee Jevon Vinson, who was on the job at the time of the crash.

10. Mr. Vinson was traveling through the intersection of Browder St. and North highland Dr. in Fulton, Kentucky, however he failed to yield right of way, causing the crash.

11. Plaintiff suffered personal injuries as a result of the crash.

### COUNT 1 – AUTO NEGLIGENCE – FEDERAL TORT CLAIMS ACT

12. The prior allegations are incorporated by reference into this court.

13. This claim is brought by Plaintiff against Defendant, US Postal Service, for actions undertaken by The United States Postal Service employee Jevon Vinson while acting within the scope of his employment.

14. The aforementioned actions of the United States Postal Service, through the actions of Jevon Vinson, acting within the scope of his employment, constitutes negligence under the laws of the Commonwealth of Kentucky where the accident occurred.

15. Specifically, Defendant carelessly operated his vehicle when he failed to keep a proper lookout before proceeding through the intersection, and this carelessness was the direct and proximate result of the injuries sustained by the Plaintiff.

16. As a direct result of the injuries caused by the Defendant, Plaintiff has incurred and will incur past and future medical bills and expenses, lost wages and destruction of their ability and power to labor and earn money. He has also experienced and will experience pain, suffering, mental anguish, and inconvenience.

17. In compliance with the requirements of the Federal Tort Claim Act, Plaintiffs timely filed administrative claims for relief with Defendant via the United States Post Office. Defendant failed to respond to the claims within 180 days. Accordingly, Plaintiffs have now exhausted all administrative preconditions to filing this claim.

**WHEREFORE**, Plaintiffs, demand the following:

A. A declaration that Defendant, the United States of America, has violated the Federal Tort Claims Act;

B. Enter judgement in favor of Plaintiffs and against Defendant;

C. Award damages in the amount reflected in the Form 95 notices of $1,000,000.00;

D. Award costs and attorneys' fees; and award Plaintiffs any other relief deemed necessary and proper.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury.

Dated November 8, 2022

Most Respectfully,

*/s/ Daryl Dixon*
DARYL DIXON
Morgan & Morgan Kentucky, PLLC
817 Broadway St.
Paducah, KY 42001
Telephone: (270) 558-6871
Facsimile: (270) 558-6881
Email: daryld@forthepeople.com